**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel Sinaumea Williams,<br><br>    Petitioner,<br><br>vs.<br><br>Katrina Kane,<br><br>    Respondent. | No. CV 11-1425-PHX-JAT<br><br>**ORDER** |

    Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus ("Petition") (Doc. 1) filed pursuant to 28 U.S.C. § 2241. The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #8) recommending that the Petition be dismissed without prejudice because Petitioner has been released from custody.

    Neither party has filed objections to the R&R. In fact, both parties agreed that the case was moot prior to the R&R being issued. *See* Doc. 14.

///
///
///
///
///
///
///

1    **IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and
2 Recommendation (Doc. 15) is **ACCEPTED**; Petitioner's Petition for Writ of Habeas Corpus
3 (Doc. 1) is dismissed without prejudice as moot, and the Clerk of the Court shall enter
4 judgment of dismissal without prejudice.

5    DATED this 21st day of December, 2011.

*/s/ James A. Teilborg*
James A. Teilborg
United States District Judge